IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LINDA M. ADETUNJI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:11-CV-157-MEF |
| | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

On April 23, 2012, the Magistrate Judge filed a Recommendation (Doc. # 17) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 17) is ADOPTED;

2. The decision of the Commissioner is REVERSED; and,

3. The action is REMANDED to the Commissioner for further proceedings.

An appropriate final judgment will be entered.

DONE this the 10th day of May, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE